UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MUDPIE, INC.,

    Plaintiff - Appellant,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

    Defendant - Appellee.

No. 20-16858

D.C. No. 4:20-cv-03213-JST
U.S. District Court for Northern California, Oakland

**MANDATE**

The judgment of this Court, entered October 01, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7